IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY ALAN HILGER,<br><br>Defendant. | CR-06-18-H-BMM<br><br><br>**ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on March 23, 2022. (Doc. 73.) Jeffrey Hilger (Hilger) filed an objection on March 23, 2022. (Doc. 74.) The Court reviews de novo findings and recommendations to which a party objects. 28 U.S.C. § 636(b)(1).

Judge Johnston conducted a revocation hearing on March 22, 2022. (Doc. 68.) The United States accused Hilger of violating his conditions of supervised release 1) by possessing a cell phone that was capable of accessing the Internet; 2) by possessing a cell phone with a functioning camera; and 3) by failing to successfully complete his sex offender treatment program. (Doc.64.) At the revocation hearing conducted by John Johnston, Hilger admitted that he had

violated the terms of his supervised release 1) by possessing a cell phone that was capable of accessing the Internet; 2) by possessing a cell phone with a functioning camera; and 3) by failing to successfully complete his sex offender treatment program.  (Doc. 68.)  Judge Johnston found the violations Hilger admitted are serious and warrant revocation of Hilger's supervised release.  Judge Johnston recommended Hilger be incarcerated for 2 months, with a lifetime of supervised release to follow. Hilger was advised of his right to appeal and his right to allocute before the undersigned. (Doc. 68.)

Hilger now opposes Judge Johnston's Findings and Recommendations, objecting to Judge Johnston's recommended two months custody.  (Doc. 74.)

The Court has reviewed Judge Johnston's Findings and Recommendations as well as Hilger's objection.  The undersigned conducted a revocation hearing on April 14, 2022.  (Doc. 76.)  Hilger and his attorney were allowed to allocute before the undersigned.  (*Id*.)  The Court has also considered the 18 U.S.C. § 3553(a) factors and agrees with Judge Johnston's Findings and Recommendations.

Hilger's violations of his conditions of supervised release represents a serious breach of the Court's trust. This violation proves serious. Judge Johnston has recommended that the Court revoke Hilger's supervised release and commit him to the custody of the Bureau of Prisons for 2 months. (Doc. 73.)  Judge

Johnston further recommended a lifetime of supervised release to follow. (*Id.*) Accordingly,

**IT IS HEREBY ORDERED** that Hilger's objection is denied. Judge Johnston's Findings and Recommendations, (Doc. 73) are ADOPTED IN FULL.

**IT IS FURTHER ORDERED** that Defendant Jeffrey Alan Hilger be sentenced to the custody of the Bureau of Prisons for 2 months, with a lifetime of supervised release to follow. Hilger should self-report to the Cascade County Detention Center by 2:00 p.m. on Thursday, April 14, 2022.

DATED this 14th day of April, 2022.

_____
Brian Morris, Chief District Judge
United States District Court