IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>JEFFREY ALAN HILGER,<br><br>Defendant. | CR-06-18-H-BMM<br><br><br><br>**ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on November 28, 2022. (Doc. 87.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on November 22, 2022. (Doc. 82.) The United States accused Jeffrey Alan Hilger (Hilger) of violating his conditions of supervised release 1) by knowingly being in the company of a child under the age of 18; and 2) by failing to successfully complete his sex offender treatment program. (Doc. 80.)

At the revocation hearing, Hilger admitted to violating the conditions of his supervised release 1) by knowingly being in the company of a child under the age of 18; and 2) by failing to successfully complete his sex offender treatment program. (Doc. 82.) Judge Johnston found that the violations Hilger admitted proved to be serious and warranted revocation, and recommended revocation of Hilger's supervised release and recommended a custodial sentence of 10 months, with a lifetime of supervised release to follow. (Doc. 87.) Hilger was advised of his right to appeal and his right to allocute before the undersigned. (Doc. 82.) The violations prove serious and warrant revocation of Hilger's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 87) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Jeffrey Alan Hilger be sentenced to the Bureau of Prisons for 10 months, with a lifetime of supervised release to follow.

DATED this 14th day of December, 2022.

Brian Morris, Chief District Judge
United States District Court